IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAPPINESS LILLEY,

  Plaintiff,

  v.

INALFA ROOF SYSTEMS, INC.,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-187-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 16] and dismissing the Plaintiff's Section 1981 claim. The Court will not consider the Plaintiff's argument that the contractual 180 day limitations period is unreasonable. The Plaintiff did not make this argument in the briefing to the Magistrate Judge. She cannot gamble on a favorable outcome and then assert completely new arguments in Objections to the District Judge. The Magistrate Judge did not clearly err in granting the Plaintiff's Motion to Amend [Doc. 30]. The Defendant's Motion for Summary Judgment [Doc. 16] is granted. The Plaintiff's Motion to Amend [Doc. 30] is GRANTED.

SO ORDERED, this 2 day of September, 2016.

                                         /s/Thomas W. Thrash  
                                         THOMAS W. THRASH, JR.  
                                         United States District Judge